| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |   Wayne S. Flick (SBN 149525) |
| 2 |   Casandra L. Thomson (SBN 235778) |
| |   Jonathan Jackson (SBN 257554) |
| 3 | 355 South Grand Avenue |
| | Los Angeles, California 90071 |
| 4 | Telephone: (213) 485-1234 |
| | Facsimile: (213) 891-8763 |
| 5 | Email: wayne.s.flick@lw.com |
| | Email: casandra.thomson@lw.com |
| 6 | Email: jonathan.jackson@lw.com |

Attorneys for Defendants
Marin Humane Society, Nancy McKenney, Cindy Machado, Steve Hill, Michelle Rogers, Bruce Wagman, Albert Burnham, Nathan Keefer, Dina Ricci, and Genevieve Ghilotti

PERRY, JOHNSON, ANDERSON, MILLER
  & MOSKOWITZ, LLP
  Michael G. Miller (SBN 136491)
438 First Street, Fourth Floor
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242
Email: miller@perrylaw.net

Attorneys for Defendants
Marin Humane Society, Nancy McKenney, Cindy Machado, Steve Hill, and Michelle Rogers

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JILL BURNELL AND ALEX BURNELL, | Case No. 3:14-cv-05635-JSC |
| Plaintiffs | The Honorable Jacquelyn Scott Corley |
| v. | **NOTICE OF APPEARANCE** |
| MARIN HUMANE SOCIETY, et al., | [Code Civ. Proc. § 1014] |
| Defendants. | |

1    TO Jill Burnell and Alex Burnell, plaintiffs, and to Robert and Margret Weems, their

2    attorneys of record:

3    NOTICE IS HEREBY GIVEN that I Marin Humane Society, Nancy McKenney,

4    Cindy Machado, Steve Hill, and Michelle Rogers hereby appear in this action.

7    DATED:   September 22, 2015

MICHAEL G. MILLER
Attorneys for Defendants,
Marin Humane Society, Nancy McKenney,
Cindy Machado, Steve Hill, and Michelle Rogers