Robert C Weems (CA SBN 148156)
Margaret M. Weems (CA SBN 164030)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
   rcweems@weemslawoffices.com
   mmweems@weemslawoffices.com

Attorneys for Plaintiffs
   JILL BURNELL et al

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL BURNELL et al,<br><br>  Plaintiffs,<br><br>v.<br><br>MARIN HUMANE SOCIETY, et al.,<br><br>  Defendants. | Case No.14-cv-05635-JSC<br><br>ADMINISTRATIVE MOTION TO FILE SUPPLEMENT TO OPPOSITION TO MOTION TO DISMISS OR STAY [DKT 47], AND REQUESTS FOR JUDICIAL NOTICE CONCERNING FIRST AMENDED COMPLAINT |

    Pursuant to Local Rule 6-3, plaintiffs respectfully request leave to file a Supplement to their Opposition to Defendants Motion to Dismiss or for Stay (Dkt 47). The presently set dates for hearing (October 8, 2015) and the joint case management conference (October 15, 2015) and filing of the joint case management conference statement would not be effected by this extension.  Pursuant to Local Rules 6-3, plaintiffs have sought consent from the defendants for this request.  MHS Defendants oppose the request.   The proposed Supplement is attached hereto.

    The requested supplement is due to the previous unavailability and volume of defendants' citations to non-public sourced and nonpublished case authority. In addition, plaintiffs are mindful of the Court's previous concern that all arguments raised by defendants in their objections to plaintiffs'

original complaint had not been fully addressed and plaintiffs are not able to fully address the numerous arguments and matters raised in defendants' four pending motions to the court without additional time to prepare their oppositions.

In addition, plaintiffs request the court take judicial notice of the following documents also attached to this Motion:

1. Roster of Marin County Agencies
2. April 1, 2015 Order re Scope
3. Statement of Barbara McKenney

Dated: September 29, 2015                    WEEMS LAW OFFICES

/s/ Margaret M. Weems
Margaret M. Weems,
Attorney for Defendant,
JILL BURNELL et al