Robert C Weems (CA SBN 148156)
Margaret M. Weems (CA SBN 164030)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
rcweems@weemslawoffices.com
mmweems@weemslawoffices.com

Attorneys for Plaintiffs
    JILL BURNELL et al

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL BURNELL et al,<br><br>   Plaintiffs,<br><br>v.<br><br>MARIN HUMANE SOCIETY, et al.,<br><br>   Defendants. | Case No.14-cv-05635-JSC<br><br>DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE SUPPLEMENT TO OPPOSITION TO MOTION TO DISMISS OR STAY [DKT 47], AND REQUESTS FOR JUDICIAL NOTICE CONCERNING FIRST AMENDED COMPLAINT |

**DECLARATION OF MARGARET M. WEEMS IN SUPPORT OF PLAINTIFFS'**

**ADMINISTRATIVE MOTION TO SUPPLEMENT**

   I am counsel for plaintiffs Jill and Alex Burnell and counsel of record for Plaintiffs in this action. The statements made herein are based on my personal knowledge.

   Pursuant to Local Rule 6-3, plaintiffs respectfully request leave to file a Supplement to their Opposition to Defendants Motion to Dismiss or for Stay (Dkt 47). The presently set dates for hearing (October 8, 2015) and the joint case management conference (October 15, 2015) and filing of the joint case management conference statement would not be effected by this extension.

   Pursuant to Local Rules 6-3, plaintiffs have sought consent from the defendants for this request.

1

DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION         Case No. 14-cv-05635-JSC

1 MHS Defendants oppose the request.    Emails between counsel with respect to this request are
2 attached hereto.
3     The requested supplement is due to the previous unavailability and volume of defendants'
4 citations to non-public sourced and nonpublished case authority. In addition, plaintiffs are mindful of
5 the Court's previous concern that all arguments raised by defendants in their objections to plaintiffs'
6 original complaint had not been fully addressed.
7
8     I declare under penalty of perjury under the laws of the United States of America that the
9 foregoing is true and correct.  Executed on August 26, 2015 at Fairfax, CA.

/s/ Margaret M. Weems
Margaret M. Weems,