UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL BURNELL, et al,<br><br>    Plaintiffs,<br><br>v.<br><br>MARIN HUMANE SOCIETY, et al.,<br><br>    Defendants. | [Subject]14-cv-05635-JSC<br><br>[PROPOSED] ORDER TO PERMIT FILING OF SUPPLEMENT |

# [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Administrative Motion to file Supplement to their oppositions to Defendants' Motions to Dismiss or Stay (Doc 47 and Defendants' response thereto, and good cause appearing, **IT IS HEREBY ORDERED** that:

Plaintiffs' motion is **GRANTED**. Plaintiffs' time to file their supplement to opposition is September __, 2015.

**IT IS SO ORDERED.**

Dated: September __, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge