UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JILL BURNELL, et al.,

    Plaintiffs,

v.

MARIN HUMANE SOCIETY, et al.,

    Defendants.

Case No. 14-cv-05635-JSC

**ORDER RE: SUPPLEMENTAL BRIEFING**

Re: Dkt. No. 61

This action arises out of the Marin Humane Society's seizure of four horses from the property of Plaintiffs Jill and Alex Burnell ("Jill" and "Alex" and together "Plaintiffs") in December 2012 and January 2013 on the grounds that the animals were either severely malnourished or otherwise unhealthy. Defendants' motion to dismiss the First Amended Complaint ("FAC") is fully briefed and set for oral argument on October 8, 2015. (Dkt. No. 47.) Now pending before the Court is Plaintiffs' administrative motion to file a supplemental opposition to that motion to dismiss on the grounds that Plaintiffs previously had no access to certain unpublished cases that Defendants cited. (Dkt. No. 61.) Along with the motion, Plaintiffs lodged a copy of their proposed supplemental submission. (Dkt. No. 61-1.) Defendants oppose Plaintiffs' motion. (*Id.*) However, in light of the Court's preference to resolve matters on their merits, the Court GRANTS Plaintiffs' request for leave to supplement their opposition. Defendants may file a supplemental reply by October 2, 2015 at 5:00 p.m.

    **IT IS SO ORDERED.**

Dated: September 30, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge