| Attorney or Party without Attorney: <br> MARGARET M. WEEMS, Esq., Bar #238521 <br> WEEMS LAW OFFICE <br> 769 CENTER BLVD, PMB 38 <br> Fairfax, CA 94930 <br> Telephone No: 415-881-7653   FAX No: 866-610-1430 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: Burnell/Marin Humane |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT | |
| Plaintiff: Jill Burnell, et al. | |
| Defendant: Marin Humane Society, et al. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:14-CV-05636 JSC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the -; NOTICE TO CALIFORNIA STATE ATTORNEY GENERAL PURSUANT TO N.D.CA L.R. 3.8(b); FIRST AMENDED COMPLAINT FOR DAMAGES CAUSED BY DEPRIVATION OF RIGHTS (42 U.S.C. sECTION 1983) AND OTHER OR RELATED CONDUCT - REQUEST FOR TRIAL BY JURY.

3. a. Party served:  
   b. Person served:  
   OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA  
   RICHARD CHADWICK, OFFICER PER PROCEDURE, White, Male, 48 Years Old, Black Hair, 5 Feet 10 Inches, 240 Pounds

4. Address where the party was served:  
   1300 J Street  
   SACRAMENTO, CA 95814

5. I served the party:  
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Sep. 30, 2015 (2) at: 4:40PM

7. Person Who Served Papers:  
   a. JEFFREY W. ABEGGLEN



P.O. Box 5383  
Walnut Creek, CA 94596  
(925) 947-1221  
fax (925) 947-1375  
LEGAL SERVICES  
Registration # 792

Recoverable Cost Per CCP 1033.5(a)(4)(B)  
d. The Fee for Service was:   $110.00

e. I am: (3) registered California process server  
   (i)  Independent Contractor  
   (ii) Registration No.:   2007-63  
   (iii) County:   Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  
   Date: Wed, Sep. 30, 2015

Judicial Council Form  
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(JEFFREY W. ABEGGLEN)

weems.49799